Opinion issued October 6, 2011

     

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00103-CR

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE BARRY DWAYNE MINNFEE, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION 

 

Relator, Barry Dwayne Minnfee,
has filed a petition for mandamus seeking to assert a “Monell
Claim,” see Monell
v. Dep’t of Soc. Servs., 436 U.S. 658, 98 S.Ct. 2018 (1978), against the trial court.

We DENY 
the petition for writ of mandamus.              

Per Curiam

 

Panel consists of Chief Justice Radack and Justices
Bland and Huddle.    

 

 Do not publish.  Tex. R.
App. P. 47.2(b).